IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
APR - 1 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| AMY SHARP, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 3:14cv340–HEH |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on the parties' cross motions for summary judgment (ECF Nos. 8, 10), the Magistrate Judge's Report and Recommendation (ECF No. 12), and Plaintiff's objections thereto (ECF No. 13). For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's objections are OVERRULED; Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED; Defendant's Motion for Summary Judgment (ECF No. 10) is GRANTED; the Magistrate Judge's Report and Recommendation is hereby ADOPTED (ECF No. 12); and the decision of the Commissioner is AFFIRMED.

The Clerk is DIRECTED to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: April 1, 2015
Richmond, Virginia